FORM 4

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TUMAC LUMBER CO., INC.; TUMAC COMMODITIES; TUMAC COMMODITIES, INC.; TUMAC WOOD COMPONENTS; TUMAX LUMBER CO., INC.; and D.M. HARLOR & ASSOCIATES<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER<br><br>*Defendants.* | Court No. 20-00302<br><br>**SUMMONS** |

**TO:**   The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



  /s/ Mario Toscano
Clerk of the Court

| | |
|---|---|
| /s/ Gregory S. M<sup>c</sup>Cue<br>Eric Emerson<br>Thomas J. Trendl<br>Gregory S. McCue<br><br>*September 18, 2020* | STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>gmmcue@steptoe.com<br>Telephone: (202) 429-6421<br><br>*Counsel to Tumac Lumber Co., Inc.; Tumac Commodities; Tumac Commodities, Inc.; Tumac Wood Components; Tumax Lumber Co., Inc.; and D.M. Harlor & Associates* |